

*https://970pap.com/*

*970-215-6337*

*NS@970PAP.com*

July 22, 2020

To whom it may concern,

Armed Beavers does not have financial statements (Balance Sheet, Profit and Loss or Cash Flow) because all financial information is through Gunsmoke LLC.

Thanks, and have a wonderful day!

*Nickie D. Stobbe*

Nickie Stobbe
President/Owner
Profit Accounting Plus