**United States Bankruptcy Court**

**IN RE:**                                                                           Case No._____

Armed Beavers LLC
_____ Chapter \_\_\_11_____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Richard E. Weingarten<br>697 N. Denver Avenue Suite 128, Loveland, CO 80537 | 50 | |
| Chee Wei Fong<br>3751 W 136th Ave S2, Bloomfield, CO 80023 | 50 | |