# United States Bankruptcy Court
## For the District of Colorado

In re:  )
Armed Beavers LLC  )  Bankruptcy Case No. 20-14963-KHT
 )  Chapter 11
 )
Debtor(s).  )

**DEFICIENCY NOTICE: DOCUMENTS DUE    8/5/2020**

The following missing documents are required for your case:

- Corporate Resolution
- Corporate Ownership Statement
- List of Creditors Holding 20 Largest Unsecured Claims
- Statement regarding whether a receiver is in possession of all or any part of the Debtor's property (L.B.F. 1007-7.1)
- Small Business Balance Sheet (due no later than 7/29/2020)
- Small Business Cash Flow (due no later than 7/29/2020)

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 7/23/2020                           Kenneth S. Gardner, Clerk
                                          U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
   Call: 720-904-7300
   Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.