## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-14963-KHT |
| | ) | |
| Armed Beavers, LLC | ) | Chapter 11 |
| EIN: 27-0247683 | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

    Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of **Great Western Bank** in the above-captioned case, and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to Rule 9013 of the Local Rules of Bankruptcy Procedure, be served upon the following:

    Michael C. Payne, Esq.
    Coan, Payton & Payne, LLC
    1711 61st Avenue, Suite 100
    Greeley, Colorado 80634

    Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

    DATED this 23rd day of July, 2020.

    Respectfully submitted,
    COAN, PAYTON & PAYNE, LLC

    */s/ Michael C. Payne*
    Michael C. Payne, #38939
    1711 61st Avenue, Suite 100
    Greeley, Colorado 80634
    Phone: (970) 339-3500
    E-mail: mpayne@cp2law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 23, 2020, the foregoing ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was electronically filed and served via U.S. Mail upon the address listed and via CM/ECF upon the email addresses listed pursuant to L.B.R. 9036-1, which action caused automatic electronic notice of such filing upon the following parties:

Alison Goldberg
Bryon G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
Alison.Goldberg@usdoj.gov

Gerald L. Jorgensen
Jorgensen, Brownell & Pepin
900 S. Main St., Ste. 100
Longmont, CO 80501
gerald@jbplegal.com

Armed Beavers, LLC
697 N Denver Ave.
Suite 128
Loveland, CO 80537

*/s/ Hayley Nash*
For Coan, Payton & Payne, LLC